UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                      :

VICTOR LOPEZ, *on behalf of himself and all others*    :
*similarly situated*,                     :

                      :

            Plaintiff,      :          26-CV-1977 (JMF)

                      :

      -v-                :            <u>ORDER</u>

                      :

MADECASSE LLC,            :

                      :

            Defendant.    :

                      :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: March 13, 2026
      New York, New York

                                  JESSE M. FURMAN
                             United States District Judge