UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR LOPEZ, *on behalf of himself and all other persons similarly situated,*

                Plaintiff,

    -v-

MADECASSE LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2026

**ORDER**

26-CV-1977 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order of reference dated March 13, 2026, ECF No. 7, the undersigned was referred to handle general pretrial, including settlement, in this matter. The parties are directed to contact the undersigned's chambers by email (RicardoNYSDChambers@nysd.uscourts.gov) within seven days of Defendant appearing in this case to schedule a conference, unless the undersigned schedules a conference sooner.

**SO ORDERED.**

Dated: March 16, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1