UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2026
```

VICTOR LOPEZ, *on behalf of himself and all other persons similarly situated,*

                Plaintiff,

     -v-

MADECASSE LLC,

                Defendant.

**ORDER**

26-CV-1977 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order of reference dated March 13, 2026, ECF No. 7, the undersigned was referred to handle general pretrial, including settlement, in this matter.

A conference is scheduled on **May 28, 2026** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 674 736 748#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 13, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1